THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v*. ROBERT LEE MIMS, Defendant-Appellant.

(No. 57072;

First District (1st Division)—February 13, 1973.

Opinion by Mr. PRESIDING JUSTICE BURKE.

Gerald D. Hosier and Robert P. Cummins, both of Hume, Clement, Hume & Lee, Ltd., of Chicago, for appellant.

William J. Scott, Attorney General, of Springfield, and Edward V. Hanrahan, State's Attorney, of Chicago, (James B. Zagel, Assistant Attorney General, and Elmer C. Kissane and James R. Truschke, Assistant State's Attorneys, of counsel,) for the People.